AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Black Lives Matter

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry Klayman
2020 Pennsylvania Avenue N.W
Suite 345
Washington , DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   3:16-cv-03109-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

    ☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

    ☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

    ☐  I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

    ☐  I returned the summons unexecuted because _____;  or

    ☐  other (*specify*) _____

_____

My fees are $ _____     for travel and $ _____     for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

 

                                              _____

                                                      Server's signature

                                              _____

                                                Printed name and title

                                              _____

                                                       Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Patrisse Cullors


A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

   Larry Klayman
   2020 Pennsylvania Avenue N.W
   Suite 345
   Washington , DC 20006


   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-03109-M

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____

_____


My fees are $ _____      for travel and $ _____      for services, for a total of $ _____

I declare under penalty of perjury that this information is true.


Date: _____                     _____

Server's signature

_____

Printed name and title

_____

Server's address


Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Johnetta Elzie

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry Klayman
2020 Pennsylvania Avenue N.W
Suite 345
Washington , DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-03109-M

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Louis Farrakhan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry Klayman
2020 Pennsylvania Avenue N.W
Suite 345
Washington , DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-03109-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐   I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐   I returned the summons unexecuted because _____ ;  or

☐   other (*specify*) _____

_____

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| *Defendant* | ) | |

**Summons in a Civil Action**

**TO:** Alicia Garza

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry Klayman
2020 Pennsylvania Avenue N.W
Suite 345
Washington , DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-03109-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____, who is designated

by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other *(specify)* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Deray McKesson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry Klayman
2020 Pennsylvania Avenue N.W
Suite 345
Washington , DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-03109-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ;  or

☐ other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Nation of Islam

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry Klayman
2020 Pennsylvania Avenue N.W
Suite 345
Washington , DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-03109-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____    for travel and $ _____    for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** National Action Network

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry Klayman
2020 Pennsylvania Avenue N.W
Suite 345
Washington , DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-03109-M

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____

Server's signature

_____

Printed name and title

_____

Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** New Black Panthers Party

A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

 Larry Klayman
 2020 Pennsylvania Avenue N.W
 Suite 345
 Washington , DC 20006

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-03109-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐   I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐   I returned the summons unexecuted because _____;  or

☐   other (*specify*) _____

_____

My fees are $ _____    for travel and $ _____    for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Malik Zulu Shabazz


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry Klayman
2020 Pennsylvania Avenue N.W
Suite 345
Washington , DC 20006


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-03109-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____ ;  or

☐ other (*specify*) _____

_____

My fees are $ _____     for travel and $ _____     for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| _Defendant_ | ) | |

## Summons in a Civil Action

**TO:** Al Sharpton
 Harlem , NY 10039

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Larry Klayman
    2020 Pennsylvania Avenue N.W
    Suite 345
    Washington , DC 20006

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE:  11/07/2016

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-03109-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Zamarripa <br> *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 3:16-cv-03109-M ) |
| Farrakhan et al <br> *Defendant* | ) ) ) |

**Summons in a Civil Action**

**TO:** George Soros

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Larry Klayman
    2020 Pennsylvania Avenue N.W
    Suite 345
    Washington , DC 20006

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-03109-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| Zamarripa | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-03109-M |
| | ) |
| Farrakhan et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Opal Tometi

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry Klayman
2020 Pennsylvania Avenue N.W
Suite 345
Washington , DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-03109-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ;  or

☐ other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| Zamarripa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-03109-M |
| | ) | |
| Farrakhan et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Rashad Turner

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry Klayman
2020 Pennsylvania Avenue N.W
Suite 345
Washington , DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/07/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-03109-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____

_____

My fees are $ _____       for travel and $ _____       for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: