# United States District Court
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET, RM. 1572
DALLAS, TEXAS 75242

CHAMBERS OF
JUDGE BARBARA M. G. LYNN

TELEPHONE (214) 753-2420

December 22, 2016

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas   75242

      Re:      3:16-CV-03109-M
                  Zamarripa v. Farrakhan et al.

Dear Ms. Mitchell:

     I hereby recuse myself from the above styled and numbered cause pursuant to the provisions of 28 U.S.C. § 455(a).  I would appreciate it if you would please see to it that the case is reassigned to another judge per the usual procedure.

                            Very truly yours,

                            BARBARA M. G. LYNN
                            CHIEF JUDGE

BMGL:kam