# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of Texas

**Enrique Zamarripa, a Natural Person and Resident of Texas**

    Plaintiff(s),

vs.

**Louis Farrakhan, a Natural Person, and Minister and Leader of Nation of Islam**

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006

*212797*

**Case Number: 3:16-cv-03109-M**

Legal documents received by Same Day Process Service, Inc. on **02/20/2017** at **11:39 AM** to be served upon **Black Lives Matter at 19197 Golden Valley Rd., #313, Canyon Country, CA 91387**

I, **Julio Ascora**, swear and affirm that on **February 22, 2017** at **4:15 PM**, I did the following:

Served **Black Lives Matter** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** to **Rasheed Mohammad** as **Postal Clerk at UPS Store** at **19197 Golden Valley Rd., #313, Canyon Country, CA 91387**.

**Description of Person Accepting Service:**
Sex: Male  Age: 40  Height: 5ft9in-6ft0in  Weight: 161-200 lbs  Skin Color: Middle Eastern  Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Julio Ascora
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID: **212797**



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of Texas

**Enrique Zamarripa, a Natural Person and Resident of Texas**

    Plaintiff(s),

VS.

**Louis Farrakhan, a Natural Person, and Minister and Leader of Nation of Islam**

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006

*209594*

**Case Number: 3:16-cv-03109-M**

Legal documents received by Same Day Process Service, Inc. on **11/18/2016** at **6:26 PM** to be served upon **Patrisse Cullors, a Natural Person, and co-founder and leader of the Black Lives Matter movement and #blackLivesMatter network 4828 3/4 St. Elmo Dr. Los Angeles CA 90019**

I, **John R. Shultz**, swear and affirm that on **November 29, 2016** at **8:10 AM**, I did the following:

**Substitute** Served **Patrisse Cullors, a Natural Person, and co-founder and leader of the Black Lives Matter movement and #blackLivesMatter network** by leaving a conformed copy of this **Summons in a Civil Action; Complaint** at **4828 3/4 St. Elmo Dr., Los Angeles, CA 90019**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **John Doe**, as **Co-Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:** When questioned by the process server, the party served refused to provide his name.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_[signature]_

**John R. Shultz**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID:209594



# AFFIDAVIT OF PROCESS SERVER

## Circuit Court for Charles County, Maryland

**US Bank as Custodian for PTL Partners, LLC**

    Plaintiff(s),

VS.

**William Woodland, et al**

    Defendant(s).

**Case Number: 08-C-16-001127**

Attorney: Stephen L. Harker

The Law Office of Stephen L. Harker
35 Fulford Avenue, Suite 203
Bel Air MD 21014

*209561*

Legal documents received by Same Day Process Service, Inc. on **11/18/2016** at **3:44 PM** to be served upon **Tracy Thompson at 1026 Larch St., #5, Inglewood, CA 90301**

I, **John R. Shultz**, swear and affirm that on **November 29, 2016 at 7:45 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Tracy Thompson** the **Writ of Summons; Notice of Complaint to Foreclose Right of Redemption; Attachment; Order of Publication; Complaint to Foreclose the Equity of Redemption on Property Sold for the Nonpayment of Taxes; Exhibits** for the reason that I failed to find the subject or information as to the location of the subjects' whereabouts.

**Supplemental Data Appropriate to this Service:**

| Date/Time | Address | Remarks |
|---|---|---|
| 11/23/2016-5:20 PM | 1026 Larch St., #5 Inglewood, CA 90301 | Attempted to serve the subject at secured apartment complex but was unable to gain entry. - Attempted by John R. Shultz |
| 11/26/2016-10:20 AM | 1026 Larch St., #5 Inglewood, CA 90301 | Attempted to serve the subject at secured apartment complex but found the gate locked. Process server gained access to the premises after 10 minutes of waiting. Received no response from within the residence. Process server observed no movement or activity from within the residence. No response received from neighboring residences. - Attempted by John R. Shultz |
| 11/29/2016-7:45 AM | 1026 Larch St., #5 Inglewood, CA 90301 | Attempted to serve the subject at secured apartment complex but found the gate locked. Process server gained access to the premises after a brief period of waiting. Received no response from within the residence. Process server observed no movement or activity from within the residence. Server spoke with a building manager, who stated that the Respondent had not lived at the service property "in years". A forwarding address was unknown. - Attempted by John R. Shultz |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
John R. Shultz
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID:209561



## "CONSPICUOUS" AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ZAMARRIPA
   v.                                   INDEX#3:16-CV-03109-M
FARRAKHAN, ET AL.

New York State, County of New York  SS:
JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State. That on **NOVEMBER 23/2016 AT 12:30P.M.** at:
**130FENIMORE STREET, APT4G**
**BROOKLYN, N.Y. 11225** Deponent served the annexed
**SUMMONS IN A CIVIL ACTION:**
**COMPLAINT;** on **OPAL TOMETI** by affixing a true copy to the door of said premises, which is OPAL TOMETI's actual place of ABODE AS PER NEIGHBOR  within the state.. At the time of said service deponent rang the bell and/or knocked on the door, . After reasonable application, deponent was unable, with due diligence to find OPAL TOMETI or a person of suitable age and discretion who was willing to accept service ,visiting there on
11/22/2016 AT 815P.M.,
 11/23/2016 AT 8:30 A.M.
     Deponent also enclosed a copy of same in a postpaid wrapper, marked "personal & confidential" with no indication that the mailing is regarding a legal matter, properly addressed to OPAL TOMETI on 11/29/2016 at 130FENIMORE STREET, APT4G
BROOKLYN, N.Y. 11225 and deposited said wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New york, by postage prepaid for delivery by first class regular mail.

561/PS11.16 - 84.
SWORN TO BEFORE ME THIS
23  DAY OF  November 2016

*Julius D. Ringelheim*

*Jack Johnson*
#2037237

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of Texas

**Enrique Zamarripa, a Natural Person and Resident of Texas**

        Plaintiff(s),

vs.

**Louis Farrakhan, a Natural Person, and Minister and Leader of Nation of Islam**

        Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006



*209596*

**Case Number: 3:16-cv-03109-M**

Legal documents received by Same Day Process Service, Inc. on **11/18/2016** at **6:28 PM** to be served upon **Deray McKesson, a Natural Person, and leader of the Black Lives Matter movement and #blackLivesMatter network1104 Bryn Mawr Rd.Baltimore MD 21210**

I, **Michol A. Bobb**, swear and affirm that on **November 23, 2016** at **12:45 PM**, I did the following:

**Substitute** Served **Deray McKesson, a Natural Person, and leader of the Black Lives Matter movement and #blackLivesMatter network** by leaving a conformed copy of this **Summons in a Civil Action; Complaint** at **1104 Bryn Mawr Rd. , Baltimore, MD 21210**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Robin Wood**, as **Co-Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 45 Height: 5'7 Weight: 175 Skin Color: Light Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Michol A. Bobb**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:209596



District of Columbia: SS
Subscribed and Sworn to before me
this 23 day of November, 2016

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

