# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of Texas

Enrique Zamarripa, a Natural Person and Resident of Texas

Plaintiff(s),

vs.

Louis Farrakhan, a Natural Person, and Minister and Leader of Nation of Islam

Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006

*214804*

Case Number: 3:16-cv-03109-M

Legal documents received by Same Day Process Service, Inc. on 04/13/2017 at 4:22 PM to be served upon Louis Farrakhan, a Natural Person, and Minister and Leader of Nation of Islam at 7351 South Stony Island Ave., Chicago, IL 60649

I, Dennis Minaglia, swear and affirm that on April 14, 2017 at 2:15 PM, I did the following:

Served Louis Farrakhan, a Natural Person, and Minister and Leader of Nation of Islam by delivering a conformed copy of the Summons in a Civil Action; Complaint to John Doe as Person in Position of Authority at 7351 South Stony Island Ave., Chicago, IL 60649.

Description of Person Accepting Service:
Sex: Male Age: 50-55 Height: 5ft4in-5ft8in Skin Color: African-American Hair Color: Black

Supplemental Data Appropriate to this Service: Process server was advised that Louis Farrakhan was not there and legal documents would not be accepted by anyone at the address. No further information was provided. Legal documents were drop-served.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Dennis Minaglia
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: 214804

