1398902

Case 3:16-cv-03109-M   Document 3   Filed 11/07/16   Page 18 of 28   PageID 65

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-03109-M

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **New Black Panther Party**
was received by me on (date) **5/3/17**.

☐ I personally served the summons on the individual at (place) _____
   _____ on (date) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
   _____, a person of suitable age and discretion who resides there,
   on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated
   by law to accept service of process on behalf of (name of organization) _____
   _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☑ other (specify): **posted to front entrance of residence on 5/17/17 at 2:42pm at 518 Stephenson Rd, Stone Mountain, GA 30087**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **5/22/17**

_____
Server's signature

**Miles Hopson**
Printed name and title

**7?3 Main St, Stone Mountain, GA 30083**
Server's address

Additional information regarding attempted service, etc:

**5/3/17 – RV - First Class and gray Canon Jacks in yard**
**4:30pm uhaul attachment. Name on mail Malaka.**
**No answer**

**5/6/17 Chris Lawson in garage stated defendant not there**
**1:20pm BMW in drive BTR 2855**

**5/10/17 – BMW in yard, lights on heard movement in house**
**6:15pm No answer.**

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Klayman<br>*Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 3:16-cv-02010-L |
| Obama et al<br>*Defendant* | ) ) ) | |

**Summons in a Civil Action**

TO: New Black Panthers Party

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Larry Klayman
2020 Pennsylvania Avenue N.W
Suite 345
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 09/16/2016

*Signature of Clerk or Deputy Clerk*