UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ENRIQUE ZAMARRIPA,<br><br>            Plaintiff,<br><br>  v.<br><br>LOUIS FARRAKHAN, *et al.*,<br><br>            Defendants. | Civil Action No.  3:16-CV-03109-N |

**NOTICE OF WITHDRAWAL OF MOTION OF DEFENDANT GEORGE SOROS
TO TRANSFER RELATED CASE**

Defendant George Soros ("Soros") filed his Motion to Transfer Related Case, and Brief in Support (the "Motion to Transfer") [Doc. 26] on January 5, 2017.  Plaintiff Enrique Zamarripa ("Zamarripa") filed an Opposition to Defendant George Soros's Motion to Transfer Case [Doc. 28] on January 6, 2017.  Mr. Soros filed his Reply in Further Support of Motion to Transfer Related Case [Doc. 31] on January 13, 2017.  After the Motion to Transfer had been briefed in full, on June 2, 2017, the Honorable Sam A. Lindsay issued a *Memorandum Opinion and Order* [Doc. 145] in *Klayman v. Obama, et al.*, Civil Action No. 3:16-cv-2010-L.  That same day, Judge Lindsay issued a *Judgment* [Doc. 146] "dismissing all claims without prejudice."[1]  *See* 3:16-cv-2010-L [Doc. 146].

Mr. Soros filed the Motion to Transfer seeking this Court to transfer the related Zamarripa action to Judge Lindsay, because Judge Lindsay presided over the first-filed case.  *See* Mot. to Transfer [Doc. 26] at 1.  As Judge Lindsay has dismissed all claims in Civil Action No. 3:16-cv-2010-L, there are no pending claims before Judge Lindsay, and the relief Mr. Soros requests

---

[1] Plaintiffs filed a Notice of Appeal in Cause No. 3:16-CV-2010-L on June 9, 2017 [Doc. 147].

**NOTICE OF WITHDRAWAL OF MOTION OF DEFENDANT**                                    **PAGE 1**
**GEORGE SOROS TO TRANSFER RELATED CASE**

through his Motion to Transfer this Zamarripa case to Judge Lindsay is now moot. Accordingly, Mr. Soros hereby withdraws his Motion to Transfer and requests this Court to dismiss it as moot.

WHEREFORE, Defendant George Soros respectfully requests the Court to accept his *Notice of Withdrawal of Motion to Transfer Related Case*; should the Court be inclined to issue an order, to issue an order denying as moot his Motion to Transfer Related Case [Doc. 26]; and for such any and further relief, at law or in equity, to which he may be justly entitled.

Dated: June 13, 2017

/s/ Jonathan R. Childers

**WILLKIE FARR & GALLAGHER LLP**

Joseph T. Baio (admitted *pro hac vice*)
Benjamin P. McCallen (admitted *pro hac vice*)
Andrew Hanrahan (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
jbaio@willkie.com
bmccallen@willkie.com
ahanrahan@willkie.com

**LYNN PINKER COX & HURST LLP**

Michael K. Hurst
   Texas State Bar No. 10316310
Jonathan R. Childers
   Texas State Bar No. 24050411
Chisara Ezie-Boncoeur
   Texas State Bar No. 24103714
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
mhurst@lynnllp.com
jchilders@lynnllp.com
cezie-boncoeur@lynnllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017, the foregoing document was served upon all counsel of record via ECF and e-mail.

/s/ Jonathan R. Childers
Jonathan R. Childers

4816-7591-7642, v. 1