IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENRIQUE ZAMARRIPA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-3109-N |
| | § | |
| LOUIS FARRAKHAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

On November 7, 2016, summons for Defendants Black Lives Matter ("BLM"), Patrisse Cullors, Johnetta Elzie, Louis Farrakhan, Alicia Garza, Deray McKesson, Nation of Islam ("NOI"), New Black Panthers Party ("NBPP"), and Opal Tometi were issued. As of this date, Plaintiff Enrique Zamarripa has not effected service on Defendants Garza or Elzie. On April 10, 2017, Zamarripa submitted proof that summons were served on Defendants BLM, Cullors, McKesson, and Tometi. On April 27, 2017, Zamarripa submitted proof that summons were served on Defendants NOI and Farrakhan. Finally, on June 2, 2017, Zamarripa submitted proof that summons had been served on Defendant NBPP. As of this date, Defendants BLM, Cullors, Farrakhan, McKesson, NOI, NBPP, and Tometi have not appeared or filed responsive pleadings. After a review of Zamarripa's proofs of service, the Court requires additional information from Zamarripa to determine whether service on Defendants BLM, Cullors, Farrakhan, McKesson, NOI, NBPP, and Tometi complied with Fed. R. Civ. P. 4.

Accordingly, it is hereby ordered pursuant to Fed. R. Civ. P. 4(m) that within thirty (30) days of the date of this Order Zamarripa show cause why his claims against Defendants Garza and Elzie should not be dismissed for failing to effect service. If the Court does not receive a satisfactory response within the amount of time specified, the Court will dismiss Zamarripa's claims against Garza and Elzie without prejudice by authority of Rule 4(m). Additionally, the Court directs Zamarripa to file a brief within thirty (30) days of the date of this Order describing in detail how the service effected on Defendants BLM, Cullors, Farrakhan, McKesson, NOI, NBPP, and Tometi complies with Fed. R. Civ. P. 4.

SIGNED June 21, 2017.

_David C. Godbey_
United States District Judge