# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ENRIQUE ZAMARRIPA | § § § | |
| v. | § § | CASE NO. 3:16-CV-3109-S |
| LOUIS FARRAKHAN, et al. | § § § § | |

## JUDGMENT

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that Plaintiff Enrique Zamarripa's ("Zamarripa") action against Defendants Louis Farrakhan ("Farrakhan") and the Nation of Islam (the "NOI") is dismissed with prejudice.

Farrakhan's and the NOI's taxable costs of court, as calculated by the clerk of court, are assessed against Zamarripa.

Pursuant to Fed. R. Civ. P. 54(b), the Court expressly determines that there is no just reason for delay and directs the clerk of court to enter this as a final judgment.

**SO ORDERED.**

SIGNED July 6, 2018

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**