IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ENRIQUE ZAMARRIPA<br><br>　　　　　Plaintiff,<br>v.<br><br>DERAY MCKESSON, et al<br><br>　　　　　Defendants. | Civil Action No.: 3:16-cv-3109 |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff Enrique Zamarripa ("Plaintiff"), respectfully moves this the Clerk and this Court for entry of a default as to Defendant Deray McKesson ("McKesson"), upon the Complaint filed and served upon McKesson, in accordance with the provisions of Federal Rule of Civil Procedure ("FRCP") 55(b)(2) and in support shows the Clerk and this Court the following:

　　　1.　　On November 7, 2016 Plaintiff filed a Complaint in the U.S. District Court for the Northern District of Texas. A copy of the Complaint is attached hereto as Exhibit 1 as is incorporated herein by reference.

　　　2.　　On November 18, 2016, a copy of this Complaint and a Summons in a Civil Action were served upon McKesson at 1104 Bryn Mawr Road, Baltimore, MD 21210. A copy of the Affidavit of Process Server is attached hereto as Exhibit 2 and is incorporated herein by reference.

　　　3.　　Since being served on November 18, 2016, McKesson has failed to answer the Complaint within the twenty-one (21) day period and has therefore defaulted.

2

4. Pursuant to the provisions of FRCP 55(b)(2), the Clerk and this Court are empowered to enter a default against McKesson for relief sought by Plaintiff in the Complaint

**Dated**: July 27, 2018

                                          Respectfully submitted,

                                          */s/ Larry Klayman*
                                          Larry Klayman, Esq.
                                          FREEDOM WATCH, INC.
                                          2020 Pennsylvania Ave, NW, #345
                                          Washington, DC, 20006
                                          Tel: 310-595-0800
                                          Email: leklayman@gmail.com

                                          Attorney for Plaintiff