# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of Texas

**Enrique Zamarripa, a Natural Person and Resident of Texas**

        Plaintiff(s),

VS.

**Louis Farrakhan, a Natural Person, and Minister and Leader of Nation of Islam**

        Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006


*209596*

**Case Number: 3:16-cv-03109-M**

Legal documents received by Same Day Process Service, Inc. on **11/18/2016** at **6:28 PM** to be served upon **Deray McKesson, a Natural Person, and leader of the Black Lives Matter movement and #blackLivesMatter network 1104 Bryn Mawr Rd. Baltimore MD 21210**

I, **Michol A. Bobb**, swear and affirm that on **November 23, 2016** at **12:45 PM**, I did the following:

**Substitute** Served **Deray McKesson, a Natural Person, and leader of the Black Lives Matter movement and #blackLivesMatter network** by leaving a conformed copy of this **Summons in a Civil Action; Complaint** at **1104 Bryn Mawr Rd., Baltimore, MD 21210**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Robin Wood**, as **Co-Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 45 Height: 5'7 Weight: 175 Skin Color: Light Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Michol A. Bobb
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:209596



District of Columbia: SS
Subscribed and Sworn to before me this 23 day of November, 2016

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

