IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENRIQUE ZAMARRIPA, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:16-CV-3109-S-BH |
| FARRAKHAN, et al., | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

### ORDER

By order of reference dated August 3, 2018, this case was referred for full case management. Before the Court for recommendation is the *Motion to Set Aside Default and to Dismiss Plaintiff's Complaint*, filed September 13, 2018 (doc. 100).

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Thursday, October 4, 2018**. Movant may file a reply no later than **Thursday, October 18, 2018**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 14th day of September, 2018.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.