**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ENRIQUE ZAMARRIPA, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:16-CV-3109-S-BH |
| | § | |
| FARRAKHAN, et al., | § | |
| | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

## ORDER

By order of reference dated August 3, 2018, this case was referred for full case management. Before the Court for recommendation is *Opal Tometi and Patrisse Cullors' Special Appearance to Challenge Service of Process and Personal Jurisdiction*, filed September 24, 2018 (doc. 106).

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Monday, October 15, 2018**. Movant may file a reply no later than **Monday, October 29, 2018**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 25th day of September, 2018.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and ***authorities***." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.