# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ENRIQUE ZAMARRIPA, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:16-CV-3109-S |
| | § | |
| FARRAKHAN, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Plaintiff's Motion for Default Judgment Against Defendant Deray McKesson*, filed August 14, 2018 (doc. 89), is **DENIED**, the *Motion to Set Aside Default and to Dismiss Plaintiff's Complaint*, filed September 13, 2018 (doc. 100), is **GRANTED**, and *Opal Tometi and Patrisse Cullors' Special Appearance to Challenge Service of Process and Personal Jurisdiction*, filed September 24, 2018 (doc. 106), is **DENIED as moot**. By separate judgment, the plaintiff's claims against Deray McKesson will be **DISMISSED without prejudice** for lack of subject matter jurisdiction, and his claims against the remaining defendants will be *sua sponte* **DISMISSED without prejudice** for lack of subject matter jurisdiction.

SIGNED this 4th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE