IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENRIQUE ZAMARRIPA, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:16-CV-3109-S |
| | § | |
| FARRAKHAN, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to FED. R. CIV. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The plaintiff's claims against Deray McKesson are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

2. The plaintiff's claims against the remaining defendants are *sua sponte* **DISMISSED without prejudice** for lack of subject matter jurisdiction.

3. The taxable costs of court, as calculated by the clerk of the court, are assessed against the plaintiff.

4. The clerk of court shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

SIGNED this 4th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE